IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA ELAINE WOLFE,<br>    Plaintiff<br><br>vs.<br><br>STEPHEN A. ZAPPALA, JR., D.A.<br>District Attorney Office of Allegheny<br>County; JEFFREY MANNING, Judge,<br>Court of Common Pleas of Allegheny<br>County; CATHERINE C. McVEY,<br>Chairman Pennsylvania Board of<br>Probation and Parole; JEFFREY BEARD,<br>Secretary Pennsylvania Department of<br>Corrections,<br>    Defendants | 2:09cv315<br>**Electronic Filing**<br>Judge David Stewart Cercone/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 24th day of April, 2009, after the Plaintiff, Jessica Elaine Wolfe, filed an action in the above-captioned case, and, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the plaintiff until April 23, 2009, to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the plaintiff's application for leave to proceed in forma pauperis (Dkt. [1]) is denied.

IT IS FURTHER ORDERED that plaintiff's motion for order to show cause/motion for restraining order [4] is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order it must be done within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Jessica Elaine Wolfe
DB-0954
SCI Graterford
P.O. Box 244
Graterford, PA 19426-0244
All Counsel of Record by electronic filing